ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EVAN MATEER (CABN 326848)
EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:22-CR-0084-JST |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING AND CONTINUING PRETRIAL DEADLINES |
| v. ) | |
| BRUCE EDWARD ANDERSON IV, ) | |
| Defendant. ) | |

The parties to the above-captioned matter hereby stipulate and respectfully request that this matter be set for a Change of Plea Hearing on July 20, 2023 at 2:00 p.m.  In order to accommodate the Change of Plea Hearing, the parties further stipulate and request that the pretrial deadlines outlined in this Court's February 1, 2023 Scheduling Order (Dkt. 46) be postponed by one week.  The amended schedule will be as follows:

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Motions in limine due | July 21, 2023 | July 28, 2023 |
| Exchange of exhibit lists | July 21, 2023 | July 28, 2023 |

STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING AND CONTINUING
PRETRIAL DEADLINES    1
4:22-CR-0084-JST

| | | |
|---|---|---|
| Opposition to motions in limine due | July 28, 2023 | August 4, 2023 |
| Stipulations of fact due | July 28, 2023 | August 4, 2023 |
| Exhibit lists and witness lists due | July 28, 2203 | August 4, 2023 |
| Proposed jury voir dire questions due | July 28, 2023 | August 4, 2023 |
| Proposed jury instructions due | July 28, 2023 | August 4, 2023 |
| Proposed verdict form due | July 28, 2023 | August 4, 2023 |
| Government trial brief due (optional) | July 28, 2023 | August 4, 2023 |
| Joint pretrial conference statement due | July 28, 2023 | August 4, 2023 |
| Pretrial conference | August 4, 2023 | August 11, 2023 |
| Trial | August 21, 2023 | Unchanged |

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 13, 2023
             /s/
EVAN M. MATEER
Assistant United States Attorney

DATED: July 13, 2023
             /s/
MARK REICHEL
Counsel for Defendant Bruce Anderson

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, this matter is set for Change of Plea hearing on July 20, 2023 at 2:00 p.m.  Based on the reasons provided in the stipulation of the parties above and good cause shown, the pre-trial deadlines outlined in the Court's February 1, 2023 Scheduling Order (Dkt. 46) are postponed by one week as reflected in the table in the parties' stipulation.

IT IS SO ORDERED.

DATED:  __July 14, 2023_____        _____
HON. JON S. TIGAR
United States District Judge